IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY FLORES,

      Plaintiff,                                      No. CIV S-09-1529 EFB P

      vs.

VALLEY ROSE ADULT SCHOOL, et al.,

      Defendants.                        ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has not submitted a request for leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Kern County, California.  Kern County is in the Fresno Division of this court and the action should have been commenced there.  *See* Local Rule 3-120(d).

      Accordingly, it is hereby orderd that:

      1.  This action is transferred to the Fresno Division.

      2.  The Clerk of Court shall assign a new case number.

////

////

////

1

1    3. All future filings shall bear the new case number and shall be filed at:

2        United States District Court
          Eastern District of California
3        2500 Tulare Street
          Fresno, CA 93721

5  DATED: June 11, 2009.

                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE