# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FLORES, | CASE NO. 1:09-cv-01023 DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR TRANSFER OF ACTION |
| v. | (Doc. 8) |
| VALLEY ROSE ADULT SCHOOL, et al., | |
| Defendants. | |

Plaintiff Mark Anthony Flores, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 3, 2009.  On June 11, 2009, this action was transferred from the United States District Court, Eastern District of California - Sacramento Division.  On June 22, 2009, Plaintiff filed a First Amended Complaint.  (Doc. 10.)  On June 25, 2009, Plaintiff filed a motion requesting that the case be transferred back to the Sacramento Division.  (Doc. 8.)

In his First Amended Complaint, Plaintiff alleges a violation of his civil rights while incarcerated at Wasco State Prison in Kern County, California. Kern County is in the Fresno Division of this court and the action and this action should have commenced here. *See* Local Rule 3-120(d).

Plaintiff has not demonstrated good cause for a transfer of this action back to the Sacramento Division, and therefore the motion is denied.  Local Rule 3-120(g).

IT IS SO ORDERED.

Dated:   **August 7, 2009**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1